

FILED
CLERK, U.S. DISTRICT COURT

JUN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | O9 - 1198 M |
| v. | | |
| Levon  Hovhannisyan | | **ORDER OF TEMPORARY DETENTION** |
| | | **PENDING HEARING PURSUANT** |
| | DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___the defendant___, IT IS ORDERED that a detention hearing
is set for ___June 12,___, ___2009___, at ___10:00___ ☑ a.m. / ☐ p.m. before the
Honorable ___Jacqueline Chooljian___, in Courtroom ___341, Third___
___Floor, 255 E. Temple Street, Los Angeles, CA - 90012___.
Pending this hearing, the defendant shall be held in custody by the United States Marshal ☑
_____ and produced for the hearing.

   *(Other custodial officer)*

Dated: ___6/8/09___

_____
U.S. District Judge/Magistrate Judge